Civil Action No.    4:25-CV-059-DMB-JMV

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Gregory Carr**
was recieved by me on  **5/23/2025:**

[X]   I personally served the summons on the individual at **28052 County Road 559, Schlater, MS 38952** on **05/26/2025 at 11:26 AM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

[ ]    I returned the summons unexecuted because ; or

[ ]   Other *(specify)*


My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   05/26/2025

_____
*Server's signature*

**Jeffrey Dunn**
*Printed name and title*

**722 Alta Vista Drive
Greenwood, MS 38930**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS AND COMPLAINT,  to Gregory Carr with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact over 65 years of age, 5'8"-5'10" tall and weighing 200-240 lbs with a mustache and glasses.**



Tracking #: **0171019005**

