IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **MICHAEL ANTHONY NASH,** **JIMMY SHAW, VINNIE CASON,** **GRANT LEWIS,** and **CHARLESTON** **TAURVONTA HARRIS,** ) ) ) ) ) | |
| PLAINTIFFS, ) ) | CIVIL CAUSE NO. |
| *vs.* ) ) | 4:25-CV-059-DMB-JMV |
| **GREGORY CARR,** ) ) | |
| DEFENDANT**.** ) | |
| _____ ) | |

### NOTICE OF ENTRY OF APPEARANCE

Steve Brandon gives notice of his appearance as counsel of record for Defendant Gregory Carr in this matter, and respectfully requests that he be added to the electronic service of docket notices and entries in this matter.

SUBMITTED ON THIS DATE: June 3, 2025.

/s/ Steve Brandon
_____
Stephen A. Brandon (MB #8655)
**COUNSEL FOR GREGORY CARR**

**OF COUNSEL:**

Stephen A. Brandon
Attorney at Law
1300 U.S. Highway 51 North
Madison, Mississippi 39110
(601) 954-8599
Facsimile: (601) 853-2878

*(sidebar)* **STEPHEN A. BRANDON** ATTORNEY AT LAW 1300 U.S. HIGHWAY 51 NORTH MADISON, MISSISSIPPI 39110 (601) 954-8599

# CERTIFICATE OF SERVICE

I, STEPHEN A. BRANDON, hereby certify that I have this day served upon all counsel of record a copy of the foregoing document, consistent with the Federal Rules of Civil Procedure and ECF filing and service practices and procedures, to wit:

Robert B. McDuff, Esq.
767 North Congress Street
Jackson, Mississippi 39202
*rbm@mcdufflaw.com*

Marion Lourdes Delaney, Esq.
Texas RioGrande Legal Aid, Inc.
311 Plus Park Blv Ste #135
Nashville, Tennessee 37203
*mdelaney@trla.org*

Teresa Pulaski
Southern Migrant Legal Services
604 Russell St. Ste Apt 104
Nashville, Tennessee 37206
*teresa.c.pulaski@gmail.com*

DONE ON THIS DATE: June 3, 2025.

/s/ Steve Brandon
Stephen A. Brandon