IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MICHAEL ANTHONY NASH,** )
**JIMMY SHAW, VINNIE CASON,** )
**GRANT LEWIS,** and **CHARLESTON** )
**TAURVONTA HARRIS,** )
 )
    PLAINTIFFS, )
 )    CIVIL CAUSE NO.
    *vs.* )    4:25-CV-059-DMB-JMV
 )
**GREGORY CARR,** )
 )
    DEFENDANT**.** )
_____)

### DEFENDANT'S UNOPPOSED MOTION
### FOR ADDITIONAL TIME TO FILE ANSWER OR OTHER
### RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

Defendant **GREGORY CARR** respectfully makes this unopposed motion for a 30-day extension of the deadline by which he is due to file an answer or other responsive pleading to Plaintiffs' complaint. In support of his motion, Defendant states:

1.    Plaintiffs filed their 22-page complaint against Defendant, a farmer, in his individual capacity. The complaint alleges numerous, detailed allegations of violations of state and federal laws on the part of Defendant.

2.    The complaint was served on Defendant on May 26, 2025. Accordingly, Defendant is due to file his answer or other responsive pleading to Plaintiffs' complaint on or before June 17, 2025.

3.    Defendant is recovering from a debilitating injury to his back and a subsequent complicated surgery in relation to same. For this reason, counsel for Defendant has not had an opportunity to meet with Defendant, to investigate the

STEPHEN A. BRANDON
ATTORNEY AT LAW
1300 U.S. HIGHWAY 51 NORTH
MADISON, MISSISSIPPI 39110
(601) 854-8599

1  allegations contained in Plaintiffs' 88-paragraph complaint, and to research the applicable

2  law and the alleged bases for Defendant's alleged liability under same.

3          4.      Defendant seeks the entry of an order which extends the deadline by

4  which he is to file an answer or other responsive pleading to Plaintiff's complaint by 30

5  days, *i.e.*, from June 17, 2025 until July 17, 2025.

6          5.      Plaintiffs' counsel does not oppose the relief sought by this motion.

7          SO MOVED ON THIS DATE:  June 17, 2025.

8                          /s/ Steve Brandon
9                          Stephen A. Brandon (MB #8655)
                           **COUNSEL FOR GREGORY CARR**

10

11  **OF COUNSEL:**

12  Stephen A. Brandon
    Attorney at Law
13  1300 U.S. Highway 51 North
    Madison, Mississippi  39110
14  (601) 954-8599
    Facsimile: (601) 853-2878

# CERTIFICATE OF SERVICE

I, STEPHEN A. BRANDON, hereby certify that I have this day served upon all counsel of record a copy of the foregoing document, consistent with the Federal Rules of Civil Procedure and ECF filing and service practices and procedures, to wit:

Robert B. McDuff, Esq.
767 North Congress Street
Jackson, Mississippi 39202
*rbm@mcdufflaw.com*

Marion Lourdes Delaney, Esq.
Texas RioGrande Legal Aid, Inc.
311 Plus Park Blv Ste #135
Nashville, Tennessee 37203
*mdelaney@trla.org*

Teresa Pulaski, Esq.
Southern Migrant Legal Services
604 Russell St. Ste Apt 104
Nashville, Tennessee 37206
*teresa.c.pulaski@gmail.com*

DONE ON THIS DATE: June 17, 2025.

/s/ Steve Brandon
Stephen A. Brandon