### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**MICHEAL ANTHONY NASH, et. al.**                                                    **PLAINTIFFS**

**v.**                                **CIVIL ACTION NO.: 4:25-cv-59-DMB-JMV**

**GREGORY CARR**                                                **DEFENDANT**

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is Defendant Gregory Carr's Unopposed Motion for Extension of Time to File Answer or Other Responsive Pleading to Plaintiffs' Complaint. [Dkt. No. 9]. Defendant seeks an extension until July 17, 2025, to answer or otherwise respond to Plaintiffs' complaint. Having considered the Motion, and noting that the Plaintiffs do not oppose, the Court finds that it is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant Gregory Carr shall have up to and including July 17, 2025, to answer or otherwise respond to Plaintiffs' complaint.

**SO ORDERED**, this the 17th day of June, 2025.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**