AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| Michael A Nash, et al.<br><br>*Plaintiff(s)*<br>v.<br>Gregory Carr<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:25-CV-059-DMB-JMV<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gregory Carr
28052 County Road 559
Schlater, MS
38952-3010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert McDuff
Mississippi Center for Justice
767 North Congress St.
Jackson, MS
39202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/16/2025

s/ David Crews
*Signature of Clerk or Deputy Clerk*

by: jla

Civil Action No.    4:25-CV-059-DMB-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Gregory Carr**
was recieved by me on **5/23/2025:**

[X]  I personally served the summons on the individual at **28052 County Road 559, Schlater, MS 38952** on **05/26/2025 at 11:26 AM**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  05/26/2025

*Server's signature*

**Jeffrey Dunn**
*Printed name and title*

**722 Alta Vista Drive
Greenwood, MS 38930**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS AND COMPLAINT, to Gregory Carr with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact over 65 years of age, 5'8"-5'10" tall and weighing 200-240 lbs with a mustache and glasses.**





Tracking #: **0171019005**