UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISION

|  |  |  |
|---|---|---|
| **MICHAEL ANTHONY NASH,** <br> **JIMMY SHAW, VINNIE CASON,** <br> **GRANT LEWIS AND CHARLESTON** <br> **TAURVONTA HARRIS,** | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| **Plaintiffs,** | ) <br> ) | Civil Action <br> No: 4:25-CV-059-DMB-JMV |
| v. | ) <br> ) <br> ) | |
| **Gregory Carr.,** | ) <br> ) | Judge Virden |
| **Defendant.** | ) <br> ) | |

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, the Plaintiffs apply to the Clerk for entry of default against Gregory Carr.

As reflected in the Proof of Service filed with the Court, on May 26, 2025, the summons and complaint in this matter were personally served on Gregory Carr.

Defendant Gregory Carr was required to serve its answer or otherwise plead within 20 days of service, i.e., no later than June 16, 2025. However, the Court entered an order granting an unopposed motion for extension of time, giving Defendant an extension until July 17, 2025. See Dkt. 10. Despite the extension, Gregory Carr has yet to file a responsive pleading. Thus, entry of default against Defendant Gregory Carr is appropriate at this time.

-2-

Respectfully submitted,
 /s/ **Marion Lourdes Delaney**
 /s/ **Teresa Pulaski**

Marion Lourdes Delaney
Teresa Pulaski
*Admitted Pro Hac Vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN   37217
Telephone: (615) 538-0725
Facsimile: (615) 366-3349
mdelaney@trla.org
tpulaski@trla.org


 /s/ Robert McDuff

Robert McDuff, MS Bar No.  2532
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street
Suite 1800
Jackson, MS 39201
Telephone: (601) 259-8484
Facsimile: (601) 352-4769
rmcduff@mscenterforjustice.org

Attorneys for Plaintiffs