FORM 2(e) (ND/SD MISS. DEC. 2016)

## Certificate of Service

      I hereby certify that on ___7/21/2025___ I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following: __Steve Brandon_____ and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants: _____ N/A_____.

                                               s/Teresa C. Pulaski