IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MICHAEL ANTHONY NASH, JIMMY SHAW,
VINNIE CASON, GRANT LEWIS, and
CHARLESTON TAURVONTA HARRIS

VS                                                                              4:25-CV-59-DMB-JMV

GREGORY CARR

CLERK'S ENTRY OF DEFAULT

On July 21, 2025, the Plaintiffs in this case filed a Motion for Entry of Default [13], requesting an entry of default by the Clerk against Defendant Gregory Carr.

There is no response, appearance, or entry of any kind on the docket by the Defendant. The Clerk finds the Motion [13] and Proof of Service [12] in order and ENTERS DEFAULT against Defendant Gregory Carr. (*see* Fed. R. Civ. P. 55(a)).

SO ENTERED, on this, the 23rd day of July, 2025.

                                                     /s/ David Crews
                                                     Clerk of Court