IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MICHAEL ANTHONY NASH,** **PLAINTIFFS**
**JIMMY SHAW, VINNIE CASON,**
**GRANT LEWIS, and CHARLESTON**
**TAURVONTA HARRIS**

V.  NO. 4:25-CV-59-DMB-JMV

**GREGORY CARR** **DEFENDANT**

### ORDER

On the plaintiffs' motion, the Clerk of the Court entered a default against Gregory Carr on July 23, 2025. Docs. #13, #14. The next day, Carr moved to set aside the default. Doc. #15. Because the Court was advised that the plaintiffs do not oppose Carr's motion to set aside the default and that the parties agree Carr shall have up to and including August 14, 2025, to respond to the plaintiffs' complaint,[1] Carr's motion to set aside the default [15] is **GRANTED**. Carr has through and until August 14, 2025, to respond to the plaintiffs' complaint.

**SO ORDERED**, this 11th day of August, 2025.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court was advised of such through the parties' submission of a proposed agreed order to United States Magistrate Judge Jane M. Virden on August 1.