Form 2(c) (ND/SD Miss. Dec. 2011)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

Nash et al.

Plaintiff

v.

Gregory Carr

**CIVIL ACTION
NO. 4:25-CV-059-DMB-JMV**

Defendant

## NOTICE OF SERVICE OF PRE-DISCOVERY DISCLOSURE INFORMATION

**TO:** All Counsel of Record

Notice is hereby given that, on the date entered below,

disclosed to  Stephen Brandon    , the information required by L.U.Civ.R. 26(a).

 9/4/2025                          /s/ Teresa Pulaski
Date                                       Signature

Teresa Pulaski, TN No. 041365
Typed Name & Bar Number

Attorney for:  Plaintiffs