# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# MINUTES

**CASE NO.:** 4:25-cv-59-DMB-JMV  **PLACE HELD** – Telephonic

**MICHAEL ANTHONY NASH,** *ET AL.*

**VS.**

**GREGORY CARR**

**DATE & TIME BEGAN/ENDED:** September 11, 2025
10:00 a.m. – 10:20 a.m.

Total Time – 20 minutes

**PRESENT:**

Honorable Jane M. Virden, United States Magistrate Judge

| **Attorneys for Plaintiffs** | **Attorney for Defendant** |
|---|---|
| Steven W. Pittman | Stephen A. Brandon |
| Robert B. McDuff | |
| Teresa Pulaski | |

**PROCEEDINGS:** Case Management Conference

**Docket Entry:** A telephonic case management conference was held in this anticipated five-day CONSENT JURY trial matter. A case management order is being entered. Further, counsel shall notify the court within 21 days of today whether they would like the court to set an early settlement conference (sometime within the next month), and if so preferred dates.

**DAVID CREWS, CLERK**

**By:** /s/ *Itonia R. Williams*
Courtroom Deputy