Last Updated: Jan 2022

FORM 1 (ND/SD MISS. JAN 2022)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

Michael Anthony Nash,
Jimmy Shaw,
Vinnie Cason,
Grant Lewis,
Charleston Taurvonta Harris

**PLAINTIFFS**

v.

CIVIL ACTION
NO. 4:25-CV-059-JMV

Gregory Carr

**DEFENDANT**

# CASE MANAGEMENT ORDER

This Order, including all deadlines, has been established with the participation of all parties and can be modified only by order of the Court on a showing of good cause supported with affidavits, other evidentiary materials, or reference to portions of the record.

**IT IS HEREBY ORDERED:**

1. **ESTIMATED DAYS OF TRIAL:** 3-5

   **ESTIMATED TOTAL NUMBER OF WITNESSES:** 15

   **EXPERT TESTIMONY EXPECTED:** Yes    **NO. OF EXPERTS:** 2

   H-2A Expert, Damages Expert

2. **ALTERNATIVE DISPUTE RESOLUTION [ADR].** (Pick one)

   Alternative dispute resolution techniques appear helpful and will be used in this civil action as follows:

   After some initial discovery, parties would be open to resolving by mediation

3. **CONSENT TO TRIAL BY UNITED STATES MAGISTRATE JUDGE.** (Pick one)

   The parties consent to trial by a United States Magistrate Judge.

F ORM 1 (ND/SD M ISS . J AN 2022)

4. **D ISCLOSURE .** (Pick one)

The following additional disclosure is needed and is hereby ordered:

Parties will complete Initial Disclosures within two weeks following the CMC.

5. **M OTIONS ; I SSUE B IFURCATION .** (Pick one)

Staged resolution/bifurcation of the trial issues will not assist in the prompt resolution of this action.

Early filing of the following motion(s) might significantly affect the scope of discovery or otherwise expedite the resolution of this action:

6. **D ISCOVERY P ROVISIONS AND L IMITATIONS .**

   A. Interrogatories are limited to __50__ succinct questions.

   B. Requests for Production are limited to __25__ succinct questions.

   C. Requests for Admissions are limited to __25__ succinct questions.

   D. Depositions are limited to the parties, experts, and no more than __15__ fact witness depositions per party without additional approval of the Court.

FORM 1 (ND/SD MISS. JAN 2022)

 **E.** The parties have complied with the requirements of Local Rule 26(f)(2)(B) regarding discovery of electronically stored information and have concluded as follows:

 See attached addendum

 **F.** The court imposes the following further discovery provisions or limitations:

☐ 1. The parties have agreed that defendant may obtain a Fed.R.Civ. P. 35 (L.U.Civ.R. 35) medical examination of the plaintiff (within subpoena range of the court) by a physician who has not examined the plaintiff, and that defendant may arrange the examination without further order of the court. The examination must be completed in time to comply with expert designation discovery deadlines.

☑ 2. Pursuant to FED.R.EVID. 502(d), the attorney-client privilege and the work-product protections are not waived by any disclosure connected within this litigation pending before this Court. Further, the disclosures are not waived in any other federal or state proceeding.

☐ 3. Plaintiff must execute an appropriate, HIPAA-compliant medical authorization.

☑ 4. The court desires to avoid the necessity of filing written discovery motions where court participation in an informal discussion of the issue might resolve it, even after the parties have been unsuccessful in a good faith attempt to do so. Consequently, before a party may serve any discovery motion, counsel must first confer in good faith as required by Fed. R. Civ. P. 37(a)(1). If the attorney conference does not resolve the dispute, counsel must contact the chambers of the magistrate judge to request a telephonic conference to discuss the issue as contemplated by Fed. R. Civ. P.16(b)(3)(B)(v). Only if the telephonic conference with the judge is unsuccessful in resolving the issue may a party file a discovery motion.

☐ 5. Other:

Additional information:

7. **SCHEDULING DEADLINES**

   A. **Trial.** This action is set for  JURY TRIAL

   beginning on:  September 14, 2026 , at  9:30 ,  a.m. , in  Greenville ,

   Mississippi, before United States  Magistrate  Judge  Jane M. Virden .

   THE ESTIMATED NUMBER OF DAYS FOR TRIAL IS   5  . ANY CONFLICTS WITH THIS TRIAL DATE MUST BE SUBMITTED IN WRITING TO THE TRIAL JUDGE IMMEDIATELY UPON RECEIPT OF THIS CASE MANAGEMENT ORDER.

   B. **Pretrial.** The pretrial conference is set on:  August 6, 2026 , at  10:00 ,  a.m. ,

   in  Greenville , Mississippi, before United States  Magistrate

   Judge  Jane M. Virden .

   C. **Discovery.** All discovery must be completed by:  April 13, 2026 .

   D. **Amendments.** Motions for joinder of parties or amendments to the pleadings must be

   filed by:  October 27, 2025 .

   E. **Experts.** The parties' experts must be designated by the following dates:

   **1.** Plaintiff(s):  January 12, 2026 .

   **2.** Defendant(s):  February 12, 2026 .

FORM 1 (ND/SD MISS. JAN 2022)

8. **MOTIONS.** All dispositive motions and *Daubert*-type motions challenging another party's expert must be filed by: __May 13, 2026__ .The deadline for motions *in limine* is twenty-one (21) calendar days prior to the pretrial conference; the deadline for responses is fourteen (14) calendar days before the pretrial conference.

9. **SETTLEMENT CONFERENCE.**

    If the parties desire judicial assistance to settle the case after initial discovery, they will contact the Court to request a date for a settlement conference when they have obtained the discovery necessary to make the conference effective.

10. **REPORT REGARDING ADR.** On or before (7 days before FPTC) __July 30, 2026__ , the parties must report to the undersigned all ADR efforts they have undertaken to comply with the Local Rules or provide sufficient facts to support a finding of just cause for failure to comply. *See L.U.Civ.R.83.7(f)(3).*

**SO ORDERED:**

__September 18, 2025__  /s/ Jane M. Virden
DATE  UNITED STATES MAGISTRATE JUDGE