# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# <u>NOTICE</u>

**MICHAEL ANTHONY NASH, *ET AL.***             **PLAINTIFF**

**VS.**             **CIVIL ACTION NO.: 4:25-cv-59-JMV**

**GREGORY CARR**             **DEFENDANT**

    **TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **FEDERAL BUILDING**<br>**305 MAIN STREET**<br>**GREENVILLE, MS** | **COURTROOM 2**<br><br>Date and Time<br><br>**SEPTEMBER 14, 2026**<br>**9:30 A.M.** |

**Type of Proceeding**

# MVD/JURY TRIAL
## SET BEFORE MAGISTRATE JUDGE JANE M. VIRDEN

**IF JURY LIST AND INFORMATION SHEETS FOR JURORS ARE DESIRED, PLEASE USE FORM ON OUR PUBLIC WEBSITE:**
<u>http://www.msnd.uscourts.gov/forms/jury-list-request</u>

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

                                              **DAVID CREWS, Clerk of Court**

                                              /s/ *Itonia R. Williams*
                                              Itonia R. Williams, Courtroom Deputy Clerk

**Date:**     September 18, 2025

If you have questions, please contact Itonia R. Williams at 662-335-9214 or via email at: <u>Itonia_Williams@msnd.uscourts.gov</u>.