# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### NOTICE

**MICHAEL ANTHONY NASH, *ET AL.***                                   **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO.: 4:25-cv-59-JMV**

**GREGORY CARR**                                   **DEFENDANT**

**TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time, and place set forth below:

*Place*                                    *Room No.*

**U.S. FEDERAL BUILDING**        **364**
**305 MAIN STREET**
**GREENVILLE, MS 38701**        *Date and Time*

                                        **AUGUST 6, 2026**
                                        **10:00 A.M.**

*Type of Proceeding*

### FINAL PRETRIAL-SETTLEMENT CONFERENCE
### BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN

*Jointly Proposed Pretrial Order should be emailed to: Judge_Virden@msnd.uscourts.gov*
*NO LATER THAN JULY 28, 2026.*

**COUNSEL, PLAINTIFF(S), DEFENDANT(S), AND REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST APPEAR IN-PERSON AT THE CONFERENCE AND BE PREPARED TO CONDUCT A SETTLEMENT CONFERENCE AT THE CONCLUSION OF THE FINAL PRETRIAL CONFERENCE - UNLESS EXCUSED BY THE COURT.**

**PLEASE NOTE: AN UNEXCUSED FAILURE TO ATTEND THE FINAL PRETRIAL AND SETTLEMENT CONFERENCES MAY RESULT IN A JUDGMENT OF DISMISSAL OR DEFAULT OR OTHER APPROPRIATE JUDGMENT ENTERED OR SANCTIONS IMPOSED.**

On most occasions, Judge Virden does not recess the conference for a lunch break. However, in the event anyone requires lunch, please simply let us know and that request will be accommodated with a break. Also, you are welcome to bring a snack such as protein bars or nuts, etc. The court is not allowed to provide any amenities. Feel free to bring water or thermos of coffee if you desire.

                                        **DAVID CREWS, Clerk of Court**

                                        By:    /s/ *Itonia R. Williams*
                                                  Itonia R. Williams, Courtroom Deputy Clerk

              If there are questions, please contact Itonia R. Williams at 662-335-9214.