FORM 2(b) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
# DISTRICT OF MISSISSIPPI

Plaintiff

v.  **CIVIL ACTION
   NO.**

Defendant

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:  All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

_____ Interrogatories to: _____

_____ Requests for Production of Documents to: _____

_____ Requests for Admissions to: _____

_____ Responses to Interrogatories of: _____

_____ Responses to Requests for Production of Documents of: _____

Form 2(b) (ND/SD Miss. Dec. 2011)

\_\_\_\_\_ Responses to Requests for
 Admissions of: _____

Pursuant to L.U.Civ.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

_____ _____
 Date Signature

 _____
 Typed Name & Bar Number