UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISION

|  |  |
|---|---|
| **MICHAEL ANTHONY NASH,** **JIMMY SHAW, VINNIE CASON,** **GRANT LEWIS AND CHARLESTON** **TAURVONTA HARRIS,** | ) ) ) ) ) ) |
| **Plaintiffs,** | ) Civil Action ) No: 4:25-CV-059-DMB-JMV |
| v. | ) ) ) |
| **Gregory Carr,** | ) ) |
| **Defendant.** | ) ) |

**NOTICE OF SERVICE OF DOCUMENTS**
**IDENTIFIED IN PLAINTIFFS' INITIAL DISCLOSURES**

TO: Gregory Carr, through his attorney of record, Stephen A. Brandon, 1300 U.S. Highway 51 North, Madison, Mississippi, 39110, steve@stevebrandonlaw.com

Plaintiffs hereby give notice that on October 14, 2025, Plaintiffs served upon counsel for Defendant, via electronic mail, the documents identified in Plaintiffs' Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, including the following:

1. Defendant's applications to the Mississippi Department of Employment Security and the U.S. Department of Labor for temporary labor certification to employ H-2A workers,

2. Employment contracts governing the employment of Defendant's H-2A workers,

3.  Forms 1099 received by Jimmy Shaw in 2024 with respect to work performed on Defendant's farming operations,

4.  Response from the U.S. Department of Labor Employment and Training Administration to request filed under the Freedom of Information Act (FOIA) regarding Defendant's applications for temporary labor certification,

5.  Response from the Mississippi Department of Employment Security to Public Records request regarding temporary labor certification applications filed by Defendant,

Respectfully submitted this 14th day of October, 2025.

/s/ Teresa Pulaski
Teresa Pulaski, TN Bar No. 041365
*Admitted pro hac vice*
Marion Delaney, TN Bar No. 042643
*Admitted pro hac vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: 830-267-9320
tpulaski@trla.org
mdelaney@trla.org

/s/ Robert McDuff
Robert McDuff, MS Bar No. 2532
MISSISSIPPI CENTER FOR JUSTICE
5 Old River Place, Suite 203
Jackson, Mississippi 39202
Telephone: (601) 352-2269
Facsimile: (601) 352-4769
rbm@mcdufflaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 14th day of October, I transmitted this document via email to the following counsel of record for Defendant:

>Stephen A. Brandon
>Attorney at Law
>1300 U.S. Highway 51 North
>Madison, Mississippi 39110
>(601) 853-2878
>steve@stevebrandonlaw.com

>*/s/ Teresa Pulaski*
>Teresa Pulaski