# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## NOTICE

**MICHAEL ANTHONY NASH, *ET AL*.**            **PLAINTIFFS**

**VS.**            **CIVIL ACTION NO.: 4:25-cv-59-JMV**

**GREGORY CARR**            **DEFENDANT**

**TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time, and place set forth below:

*Place*

**U.S. FEDERAL BUILDING**
**305 Main Street**
**Greenville, MS   38701**

*Room No.*

**TELEPHONIC**

*Date and Time*

**NOVEMBER 6, 2025**
**10:00 A.M.**

*Type of Proceeding*

**TELEPHONIC STATUS CONFERENCE**
**BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN**

***CALL-IN INFORMATION***
**CALL-IN TELEPHONE NUMBER:   662-305-1900**
**CONFERENCE ID NUMBER:   944385601**
*Participants press # as indicated.*

**DAVID CREWS, Clerk of Court**

By:   /s/ *Itonia R. Williams*
Courtroom Deputy

Date:   November 4, 2025

If you have any questions, contact Itonia R. Williams at 662-335-9214
or via email: Itonia_Williams@msnd.uscourts.gov.