**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
CIVIL MINUTES**

**PLACE HELD – Telephonic**    **CIVIL ACTION NO.:  4:25-cv-59-JMV**

**MICHAEL ANTHONY NASH, *ET AL.***

VS.

**GREGORY CARR**

**DATE & TIME BEGAN/ENDED:**    November 6, 2025
10:00 a.m. – 10:25 a.m.

Total Time – 25 minutes

**PRESENT:**    Honorable Jane M. Virden, U.S. Magistrate Judge

| **Attorneys for Plaintiffs** | **Law Clerk** | **Attorney for Defendant** |
|---|---|---|
| Marion L. Delaney | Blaine Bonis | Stephen A. Brandon |
| Robert B. McDuff | | |
| Teresa Pulaski | | |

**PROCEEDINGS:**   Telephonic Status Conference

**Docket Entry:** Telephonic status conference held. Status of discovery discussed.

**DAVID CREWS, CLERK**

**By:**  /s/ *Itonia R. Williams*
Courtroom Deputy