IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MICHAEL ANTHONY NASH,** )
**JIMMY SHAW, VINNIE CASON,** )
**GRANT LEWIS,** and **CHARLESTON** )
**TAURVONTA HARRIS,** )
)
    PLAINTIFFS, )
) CIVIL CAUSE NO.
    *vs.* ) 4:25-CV-059-JMV
)
**GREGORY CARR,** )
)
    DEFENDANT. )
_____ )

**DEFENDANT'S MOTION FOR TWO-DAY EXTENSION OF TIME
TO FILE DEFENDANT'S RESPONSE TO PLAINTIFFS'
MOTION TO FILE SECOND AMENDED COMPLAINT**

    Defendant, **GREGORY CARR**, makes this motion for a two-day extension of the deadline by which he is to file his response to Plaintiffs' motion for leave to file second amended complaint (ECF 35). In support of this motion, Defendant states:

    1. Plaintiffs filed their motion to file a second amended complaint herein on October 27, 2025. ECF 35. Pursuant to the local rules, Defendant's response to same is due to be filed with 14 days (L.U.Civ.R. 7(b)(4)) of that date.

    2. Under Fed.R.Civ.P. 6(a)(1)(A)-(C), the calculation of the 14-day period excludes "the day of the event that triggers the period" and "continues to run until the end of the next day that is not a Saturday, Sunday, or **legal holiday**" (emphasis added).

    3. When diarying the deadline for filing his response to Plaintiff's motion, undersigned counsel mistakenly assumed that Veterans Day – a legal holiday – is *today* (since federal holidays are often observed on Mondays). Accordingly, Defendant's

counsel erroneously diaried the deadline by which a response to Plaintiffs' motion to amend as November 11, 2025.

    4.  Undersigned counsel only learned of his error mid-day today, while attending a meeting in Clarksdale.  (Undersigned counsel remarked to the person seated beside him at the meeting that he was surprised by the robust attendance at the event, "considering that today is a federal holiday."  Undersigned counsel was then informed that *tomorrow – i.e.,* November 9, 2025 – is, in fact, Veterans Day, *not* today, as undersigned counsel mistakenly believed.  Upon returning home Defendant's counsel immediately prepared this motion.)

    5. Ordinarily, undersigned counsel has sufficient skills to read a Gregorian calendar, to count to 14, and to comprehend and apply the local and federal procedural rules.  Defendant's counsel's failure to properly diary the terminal date for responding to Plaintiffs' motion was not due to a lack of these skills, but was instead due to his failure to toggle the "holidays" feature on his Outlook calendar program (which would have alerted him to the proper day upon which Veterans Day is observed).  Hence the error which motivates Defendant's counsel's request for the relief sought herein.  (The vast number of U.S. flags seen along the roadsides, while driving to Clarksdale from Starkville during the early morning hours today, also failed to raise any suspicions as to Defendant's counsel mistake.)

    6.  For the reason stated herein, Defendant's counsel respectfully seeks a two-day extension (*i.e.*, from November 10, 2025 until Wednesday, November 12, 2025) by which to file Defendant's response to Plaintiffs' motion to amend.

7. Defendant states that his error was inadvertent and that the relief sought, if awarded to Defendant, will not cause prejudice to Plaintiffs or introduce undue delay herein.

RESPECTFULLY SUBMITTED ON THIS DATE: November 10, 2025.

/s/ Steve Brandon
Stephen A. Brandon (MB #8655)
**COUNSEL FOR GREGORY CARR**

**OF COUNSEL:**

Stephen A. Brandon
Attorney at Law
1300 U.S. Highway 51 North
Madison, Mississippi 39110
(601) 954-8599
Facsimile: (601) 853-2878

**CERTIFICATE OF SERVICE**

I, STEPHEN A. BRANDON, hereby certify that I have this day served upon all counsel of record a copy of the foregoing document, consistent with the Federal Rules of Civil Procedure and ECF filing and service practices and procedures, to wit:

Robert B. McDuff, Esq.
767 North Congress Street
Jackson, Mississippi 39202
*rbm@mcdufflaw.com*

Marion Lourdes Delaney, Esq.
Texas RioGrande Legal Aid, Inc.
311 Plus Park Blv Ste #135
Nashville, Tennessee 37203
*mdelaney@trla.org*

Teresa Pulaski, Esq.
Southern Migrant Legal Services
604 Russell St. Ste Apt 104
Nashville, Tennessee 37206
*teresa.c.pulaski@gmail.com*

DONE ON THIS DATE: November 10, 2025.

/s/ Steve Brandon
Stephen A. Brandon