IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **MICHAEL ANTHONY NASH,** )<br>**JIMMY SHAW, VINNIE CASON,** )<br>**GRANT LEWIS,** and **CHARLESTON** )<br>**TAURVONTA HARRIS,** )<br>)<br>PLAINTIFFS, )<br>)<br>*vs.* )<br>)<br>**GREGORY CARR,** )<br>)<br>DEFENDANT. )<br>) | CIVIL CAUSE NO.<br>4:25-CV-059-JMV |

**NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR
PRODUCTION OF DOCUMENTS OR RESPONSES THERETO**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on this date, November 10, 2025, I served Defendant's responses and objections to Plaintiff's interrogatories and requests for production of documents upon Plaintiffs' counsel of record.

/s/ Steve Brandon
Stephen A. Brandon (MB #8655)
**COUNSEL FOR GREGORY CARR**

**OF COUNSEL:**

Stephen A. Brandon
Attorney at Law
1300 U.S. Highway 51 North
Madison, Mississippi  39110
(601) 954-8599
Facsimile: (601) 853-2878

**CERTIFICATE OF SERVICE**

I, STEPHEN A. BRANDON, hereby certify that I have this day served upon all counsel of record a copy of the foregoing document, consistent with the Federal Rules of Civil Procedure and ECF filing and service practices and procedures, to wit:

Robert B. McDuff, Esq.
767 North Congress Street
Jackson, Mississippi 39202
*rbm@mcdufflaw.com*

Marion Lourdes Delaney, Esq.
Texas RioGrande Legal Aid, Inc.
311 Plus Park Blv Ste #135
Nashville, Tennessee 37203
*mdelaney@trla.org*

Teresa Pulaski, Esq.
Southern Migrant Legal Services
604 Russell St. Ste Apt 104
Nashville, Tennessee 37206
*teresa.c.pulaski@gmail.com*

DONE ON THIS DATE: November 10, 2025.

/s/ Steve Brandon
Stephen A. Brandon