**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MICHAEL ANTHONY NASH, et. al.**                                        **PLAINTIFFS**

**v.**                                        **CIVIL ACTION NO.: 4:25-cv-59-JMV**

**GREGORY CARR**                                        **DEFENDANT**

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Before the Court is Defendant Gregory Carr's Motion for Extension of Time to File Respond to Plaintiffs' Motion for Leave to File a Second Amended Complaint. [Dkt. No. 39]. Defendant seeks an extension until November 12, 2025, respond to Plaintiffs' motion. Having considered the Motion, and noting that the Plaintiffs do not oppose, the Court finds that it is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant Gregory Carr shall have up to and including November 12, 2025, to respond to Plaintiffs' motion.

**SO ORDERED**, this the 12th day of November, 2025.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**