UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISION

|  |  |
|---|---|
| MICHAEL ANTHONY NASH, <br> JIMMY SHAW, <br> VINNIE CASON, <br> GRANT LEWIS, and <br> CHARLESTON TAURVONTA HARRIS, <br>     Plaintiffs, <br> v. <br><br> GREGORY CARR, <br>     Defendant. | Civil Action <br> No. 4:25-CV-059-DMB-JV |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENTION OF TIME TO FILE PLAINTIFFS' REBUTTAL TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs Michael Anthony Nash, Jimmy Shaw, Vinnie Cason, Grant Lewis, and Charleston Taurvonta Harris respectfully make this unopposed motion for additional time to file Plaintiffs' rebuttal to Defendant's opposition to Plaintiffs' motion to file a second amended complaint. Plaintiffs request an extension through and including Wednesday, December 3, 2025. In support of this motion, Plaintiffs state:

1. Plaintiffs filed a motion for leave to file a second amended complaint, along with their memorandum of support on October 27, 2025.

2. Defendant filed his opposition to Plaintiffs' motion for leave to file a second amended complaint on November 12, 2025, with a two-day extension.

3. Under L.U. CIV. R. 7.4, Plaintiffs have seven days to file a rebuttal to Defendant's opposition.

4. Plaintiffs seek the entry of an order which extends the deadline to file a rebuttal from November 20, 2025 to December 3, 2025.

5. Defendant's counsel does not oppose relief sought by this motion.

SO MOVED ON THIS DATE: November 20, 2025

*/s/ Robert McDuff*
Robert McDuff, MS Bar No. 2532
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street
Suite 1800
Jackson, MS 39201
Telephone: (601) 259-8484
Facsimile: (601) 352-4769
rmcduff@mscenterforjustice.org

Marion Lourdes Delaney, TN Bar No. 042643
*Admitted pro hac vice*
Teresa Pulaski, TN Bar No. 041365
*Admitted pro hac vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: 830-267-9320
mdelaney@trla.org
tpulaski@trla.org