IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MICHAEL ANTHONY NASH, JIMMY SHAW**
**VINNIE CASON, GRANT LEWIS, CHARLESTON**
**and TAURVONTA HARRIS**                                                                **PLAINTIFFS**

**v.**                                                                        **CIVIL ACTION NO. 4:25-cv-59-JMV**

**GREGORY CARR**                                                                                 **DEFENDANT**

## ORDER GRANTING UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE REPLY

Before the Court is Plaintiffs Vinnie Cason, Charleston Taurvonta Harris, Grant Lewis, Michael Anthony Nash, Jimmy Shaw's Motion for Extension of Time. [Doc. 43]. Plaintiffs seek an extension up to and through December 3, 2025, to file a reply in response to Defendant's opposition to Plaintiffs' motion for leave to file a second amended complaint. [Doc. 42]. For good cause shown and noting that no party opposes the motion, the motion is well taken and is GRANTED.

THEREFORE, IT IS ORDERED Plaintiffs Vinnie Cason, Charleston Taurvonta Harris, Grant Lewis, Michael Anthony Nash, Jimmy Shaw are granted until December 3, 2025, to file their reply in response to Plaintiff's brief in opposition.

**SO ORDERED**, this, the 20th day of November, 2025.

                                                                      /s/ Jane M. Virden
                                                                      **UNITED STATES MAGISTRATE JUDGE**