UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISION

|  |  |
|---|---|
| **MICHAEL ANTHONY NASH,** <br> **JIMMY SHAW, VINNIE CASON,** <br> **GRANT LEWIS AND CHARLESTON** <br> **TAURVONTA HARRIS,** <br><br> Plaintiffs, <br><br> v. <br><br> **Gregory Carr,** <br><br> Defendant. | Civil Action <br> No: 4:25-CV-059-DMB-JMV |

**NOTICE OF INTENT TO SERVE THIRD PARTY SUBPOENA**

TO: Gregory Carr, through his attorney of record, Stephen A. Brandon, 1300 U.S. Highway 51 North, Madison, Mississippi, 39110, steve@stevebrandonlaw.com

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, notice is hereby given that the undersigned, on behalf of the Plaintiffs, will serve a subpoena deuces tecum to Clark Insurance Agency on December 1, 2025, or as soon thereafter as service may be effectuated.

Respectfully submitted,

*/s/ Rob McDuff*
Robert McDuff, MS Bar No. 2532
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Suite 1800

Jackson, MS 39201
Telephone: (601) 259-8484
Facsimile: (601) 352-4769
rbm@mcdufflaw.com

Teresa Pulaski, TN Bar No. 041365
*Admitted pro hac vice*
Marion Delaney, TN Bar No. 042643
*Admitted pro hac vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: 830-267-9320
tpulaski@trla.org
mdelaney@trla.org


ATTORNEYS FOR PLAINTIFF