UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISION

|  |  |
|---|---|
| **MICHAEL ANTHONY NASH,** <br> **JIMMY SHAW, VINNIE CASON,** <br> **GRANT LEWIS AND CHARLESTON** <br> **TAURVONTA HARRIS,** <br><br> Plaintiffs, <br><br> v. <br><br> **Gregory Carr,** <br><br> Defendant. | Civil Action <br> No: 4:25-CV-059-DMB-JMV |

## NOTICE OF INTENT TO SERVE THIRD PARTY SUBPOENAS

TO:   Gregory Carr, through his attorney of record, Stephen A. Brandon, 1300 U.S. Highway 51 North, Madison, Mississippi, 39110, steve@stevebrandonlaw.com

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, notice is hereby given that the undersigned, on behalf of the Plaintiffs, will serve subpoenas deuces tecum to C.O.C Placement Services of Mississippi, LLC and the Mississippi Department of Employment Security on December 17, 2025, or as soon thereafter as service may be effectuated.

Respectfully submitted,

**/s Teresa C. Pulaski**

Teresa Pulaski, TN Bar No. 041365
*Admitted pro hac vice*

Marion Delaney, TN Bar No. 042643
*Admitted pro hac vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: 830-267-9320
tpulaski@trla.org
mdelaney@trla.org

Robert McDuff, MS Bar No. 2532
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Telephone: (601) 259-8484
Facsimile: (601) 352-4769
rbm@mcdufflaw.com

ATTORNEYS FOR PLAINTIFF