**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
<u>**NOTICE**</u>

| | |
|---|---|
| **MICHAEL ANTHONY NASH, et. al.** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 4:25-CV-59-JMV** |
| **GREGORY CARR** | **DEFENDANT** |

**TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time, and place set forth below:

| *Place* | *Room No.* |
|---|---|
| **U.S. FEDERAL BUILDING**<br>**305 Main Street**<br>**Greenville, MS   38701** | **TELEPHONIC** |
| | *Date and Time*<br><br>**December 17, 2025**<br>**3:30 P.M.** |

*Type of Proceeding*

**TELEPHONIC STATUS CONFERENCE**
**BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN**

**\*\*\*<u>CALL-IN INFORMATION</u>\*\*\***
**CALL-IN TELEPHONE NUMBER:   662-305-1900**
**CONFERENCE ID NUMBER:   944385601**
*Participants press # as indicated.*

**DAVID CREWS, Clerk of Court**

By:   _/s/ Itonia R. Williams_
Courtroom Deputy

Date:   December 17, 2025

If you have any questions, contact Itonia R. Williams at 662-335-9214
or via email: Itonia_Williams@msnd.uscourts.gov.