**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
CIVIL MINUTES**

**PLACE HELD – Telephonic**                **CIVIL ACTION NO.:  4:25-cv-59-JMV**

**MICHAEL ANTHONY NASH, et al.**

**VS.**

**GREGORY CARR**

**DATE & TIME BEGAN/ENDED:**     December 17, 2025
                                 3:30 p.m. – 3:40 p.m.

                                 Total Time – 10 minutes

**PRESENT:**        Honorable Jane M. Virden, U.S. Magistrate Judge

| **Attorneys for Plaintiffs** | **Law Clerk** | **Attorney for Defendant** |
|---|---|---|
| Marion L. Delaney | Blaine Bonis | Stephen A. Brandon |
| Teresa Pulaski | | |

**PROCEEDINGS:**   Telephonic Status Conference

**Docket Entry:** Telephonic status conference held. Status of case discussed.

                                        **DAVID CREWS, CLERK**

                                    **By:**  /s/ *Itonia R. Williams*
                                            Courtroom Deputy Clerk