UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISION

|  |  |  |
|---|---|---|
| **MICHAEL ANTHONY NASH,** <br> **JIMMY SHAW, VINNIE CASON,** <br> **GRANT LEWIS AND CHARLESTON** <br> **TAURVONTA HARRIS,** <br><br> Plaintiffs, <br><br> v. <br><br> **Gregory Carr,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action <br> No: 4:25-CV-059-DMB-JMV |

**NOTICE OF SERVICE OF EXPERT DISCLOSURE**

Plaintiffs hereby give notice that on January 12, 2026, Plaintiffs served upon counsel for Defendant, via electronic mail, their Expert Disclosure pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Uniform Civil Rule 26(a)(2).

Plaintiffs served the Expert Disclosure and written report of Bruce Goldstein.

Respectfully submitted this 12th day of January 2026.

*/s/ Teresa Pulaski*
Teresa Pulaski, TN Bar No. 041365
*Admitted pro hac vice*
Marion Delaney, TN Bar No. 042643
*Admitted pro hac vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.

311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: 830-267-9320
tpulaski@trla.org
mdelaney@trla.org


***/s/ Robert McDuff***
Robert McDuff, MS Bar No. 2532
MISSISSIPPI CENTER FOR JUSTICE
5 Old River Place, Suite 203
Jackson, Mississippi 39202
Telephone: (601) 352-2269
Facsimile: (601) 352-4769
rbm@mcdufflaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 12th day of January, I transmitted this document via email to the following counsel of record for Defendant:

>Stephen A. Brandon
>Attorney at Law
>1300 U.S. Highway 51 North
>Madison, Mississippi 39110
>(601) 853-2878
>steve@stevebrandonlaw.com

>**_/s/ Teresa Pulaski_**
>Teresa Pulaski