UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISION

| | |
|---|---|
| MICHAEL ANTHONY NASH, JIMMY SHAW, VINNIE CASON, GRANT LEWIS and CHARLESTON TAURVONTA HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY CARR, <br><br> Defendant. | Civil Action <br> No: 4:25-CV-059-DMB-JMV |

**EXHIBIT A:**
**CLARIFICATION OF MARYLAND BAR ADMISSION STATUS**

This exhibit is submitted in support of counsel Gregory Schell's Pro Hac Vice Application, specifically to clarify and correct the information provided in Section (C) regarding other courts before which counsel has been admitted to practice.

Gregory Schell was admitted to practice law in Maryland Courts in 1985. His status was changed to inactive effective June 30, 1995. He is not currently authorized to practice law in Maryland state courts. Accordingly, the entry for Maryland Court of Appeals should read 1985-1995.

Respectfully submitted,

*/s/ Marion Delaney*
Marion Lourdes Delaney, TN Bar No. 042643
*Admitted pro hac vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.

311 Plus Park Blvd., Ste. 135<br>
Nashville, TN 37217<br>
Telephone: 830-267-9320<br>
mdelaney@trla.org