# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| MICHAEL ANTHOY NASH, <br> JIMMY SHAW, <br> VINNIE CASON, <br> GRANT LEWIS, and <br> CHARLESTON TAURVONTA HARRIS, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREGORY CARR <br><br> *Defendant* | No. 4:25-cv-59-DMB-JMV |

## ENTRY OF APPEARANCE

Please take notice that the undersigned, who is a member of the Mississippi Bar, hereby enters her appearance as counsel for Plaintiffs.

Dated: January 20, 2026

Respectfully Submitted,

*/s/ Paloma Wu*
Paloma Wu (Miss. Bar No. 105464)
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Ste 1800
Jackson, MS 39201
pwu@mscenterforjustice.org

*Counsel for Plaintiffs*

1