IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

|  |  |  |
|---|---|---|
| **MICHAEL ANTHONY NASH,** | ) | |
| **JIMMY SHAW, VINNIE CASON,** | ) | |
| **GRANT LEWIS,** and **CHARLESTON** | ) | |
| **TAURVONTA HARRIS,** | ) | |
| | ) | CIVIL CAUSE NO. |
| PLAINTIFFS, | ) | 4:25-CV-059-JMV |
| | ) | |
| *vs.* | ) | |
| | ) | |
| **GREGORY CARR,** | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

## AGREED ORDER OF DISMISSAL OF PLAINTIFFS' RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ("RICO") ACT CLAIM

Through their counsel, the parties have agreed to the entry of an order dismissing the Plaintiffs' Racketeer Influenced and Control Act (RICO) claim, without prejudice. The Court finds that the dismissal of the RICO claims is appropriate for the reasons stated in the Court's order denying Plaintiffs' motion for leave to file a second amended complaint [Doc. 54]. Accordingly, the Plaintiffs' RICO claim is dismissed without prejudice.

SO ORDERED ON THIS DATE: February 3, 2026.


*/s/ Jane M. Virden*
U.S. MAGISTRATE JUDGE

**APPROVED AND AGREED:**

**COUNSEL FOR PLAINTIFFS:**


/s/ Robert B. McDuff
Robert B. McDuff (MB #8655)

Robert B. McDuff, Esq.
Mississippi Center for Justice
767 North Congress Street
Jackson, Mississippi 39202

Marion Lourdes Delaney, Esq.
Texas RioGrande Legal Aid, Inc.
311 Plus Park Blv Ste #135
Nashville, Tennessee 37203

Teresa Pulaski, Esq.
Southern Migrant Legal Services
604 Russell St. Ste Apt 104
Nashville, Tennessee 37206

**COUNSEL FOR DEFENDANT:**


/s/ Steve Brandon
Stephen A. Brandon (MB #8655)
Stephen A. Brandon
Attorney at Law
1300 U.S. Highway 51 North
Madison, Mississippi 39110