UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISION

|  |  |
|---|---|
| MICHAEL ANTHONY NASH, <br> JIMMY SHAW, <br> VINNIE CASON, <br> GRANT LEWIS and <br> CHARLESTON TAURVONTA HARRIS, <br><br> Plaintiffs, <br><br> vs. <br><br> GREGORY CARR, <br><br> Defendant. | CIVIL ACTION <br><br> No. 4:25-cv-059-JMV |

**AMENDED NOTICE OF ENTRY OF APPEARANCE**

Notice is hereby given that, having been admitted in this matter *pro hac vice*, the undersigned is appearing as co-counsel in this action for Plaintiffs Michael Anthony Nash, Jimmy Shaw, Vinnie Cason, Grant Lewis and Charleston Taurvonta Harris.

February 9, 2026

/s/ **Gregory S. Schell**
Gregory S. Schell
Florida Bar Number 287199
*Admitted pro hac vice*
SOUTHERN MIGRANT LEGAL SERVICES
311 Plus Park Boulevard
Suite 135
Nashville, Tennessee 37217
Telephone:   (615) 538-0725
Facsimile:   (615) 366-3349
e-mail:        gschell@trla.org

- 2 -

*/s/ Robert McDuff*
Robert McDuff, MS Bar No. 2532
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street
Suite 1800
Jackson, MS 39201
Telephone: (601) 259-8484
Facsimile: (601) 352-4769
rmcduff@mscenterforjustice.org

## CERTIFICATE OF SERVICE

    I hereby certify that on February 9, 2026 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following: Stephen A. Brandon, counsel for Defendant.

/s/ *Gregory S. Schell*
Gregory S. Schell