UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISION

| | |
|---|---|
| **MICHAEL ANTHONY NASH,** ) <br> **JIMMY SHAW,** ) <br> **VINNIE CASON,** ) <br> **GRANT LEWIS and** ) <br> **CHARLESTON TAURVONTA** ) <br> **HARRIS,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **GREGORY CARR,** ) <br> ) <br> **Defendant.** ) | Civil Action <br> No: 4:25-CV-059-DMB-JMV |

**JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER**

In accordance with Federal Rule of Civil Procedure 16(d), the parties jointly move the Court to modify the Case Management Order in this matter (Docket Entry 25) by extending the deadline from April 13, 2026, to July 13, 2026. In support of this joint motion, the parties state as follows:

1. The Court's current Case Management Order sets the close of discovery for April 13, 2026.

2. The parties have been actively engaged in discovery and have made good-faith efforts to comply with the existing schedule.

3. Due to recent and ongoing serious health-related issues affecting the availability of Defendant, conjoined with disruptive weather events, additional time is necessary to

    complete outstanding discovery, including responding to written discovery and conducting depositions.

4. The requested extension will allow the parties to complete discovery efficiently and avoid unnecessary motion practice, while ensuring that the parties have a fair opportunity to prepare their respective cases.

5. The parties also respectfully request that the Court make such additional adjustments to the scheduling order (*e.g.*, the May 13, 2026 deadline by which dispositive and *Daubert* motions are to be filed, the ADR-reporting deadline of July 30, 2026, *etc.*), as are indicated and in the exercise of the Court's discretion, to preserve the integrity of these proceedings.

6. This request is made in good faith and not for purposes of delay. The requested extension will not prejudice any party. Counsel for the parties are available to provide additional information to the Court which supports the basis for the relief sought by this motion via an informal telephonic status conference, at the Court's pleasure.

    WHEREFORE, the parties respectfully request that the Court modify the Case Management Order to extend the discovery deadline from April 13, 2026, to July 13, 2026, and make additional adjustments to the scheduling order as needed.

                                     Respectfully submitted,

                                       */s/ Teresa Pulaski*
                                     Teresa Pulaski, TN Bar No. 041365
                                     *Admitted pro hac vice*
                                     Marion Delaney, TN Bar No. 042643
                                     *Admitted pro hac vice*
                                     Gregory Schell, FL Bar No. 287199
                                     *Admitted pro hac vice*
                                     SOUTHERN MIGRANT LEGAL SERVICES

A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: 830-267-9320
tpulaski@trla.org
mdelaney@trla.org
gschell@trla.org

***/s/ Robert McDuff*** 
Robert McDuff, MS Bar No. 2532
MISSISSIPPI CENTER FOR JUSTICE
Paloma Wu, MS Bar. No. 105464
5 Old River Place, Suite 203
Jackson, Mississippi 39202
Telephone: (601) 352-2269
Facsimile: (601) 352-4769
rbm@mcdufflaw.com
pwu@mscenterforjustice.org


***/s/ Stephen A. Brandon*** 
Stephen A. Brandon
Attorney at Law
1300 U.S. Highway 51 North
Madison, Mississippi 39110
(601) 954-8599
Facsimile: (601) 853-2878