# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

| | |
|---|---|
| **MICHAEL ANTHONY NASH, JIMMY SHAW, VINNIE CASON, GRANT LEWIS and CHARLESTON TAURVONTA HARRIS,** | |
| Plaintiffs, | Civil Action No: 4:25-CV-059-JMV |
| v. | |
| **GREGORY CARR,** | |
| Defendant. | |

## ORDER MODIFYING CASE MANAGEMENT ORDER

This matter comes before the Court on the parties' Joint Motion to Modify the Court's Case Management Order [Doc. 65]. Having considered the motion and being otherwise fully advised in the premises, the Court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Case Management Order is modified to extend the discovery deadline to July 13, 2026, and the Dispositive and Daubert motions deadline is extended to August 13, 2026. The final pretrial conference date and trial date will be reset by separate notice.

**SO ORDERED**, this the 23rd day of February, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**