# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# **NOTICE**

**MICHAEL ANTHONY NASH,** *ET AL.*                                                         **PLAINTIFFS**

**VS.**                                                  **CIVIL ACTION NO.: 4:25-cv-59-JMV**

**GREGORY CARR**                                                                       **DEFENDANT**

    **TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **FEDERAL BUILDING**<br>**305 MAIN STREET**<br>**GREENVILLE, MS** | **COURTROOM 2**<br><br>Date and Time<br><br>**DECEMBER 7-11, 2026**<br>**9:30 A.M.** |

**Type of Proceeding**

# MVD/JURY TRIAL
## SET BEFORE MAGISTRATE JUDGE JANE M. VIRDEN

**IF JURY LIST AND INFORMATION SHEETS FOR JURORS ARE DESIRED, PLEASE USE FORM ON OUR PUBLIC WEBSITE:**
http://www.msnd.uscourts.gov/forms/jury-list-request

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

                                                             **DANIEL B. McHUGH, Clerk of Court**

                                                            /s/ *Itonia R. Williams*
                                                                   Courtroom Deputy

**Date:**     February 23, 2026

              If you have questions, please contact Itonia R. Williams at 662-335-9214 or
                                via email at: Itonia_Williams@msnd.uscourts.gov.