IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MICHAEL ANTHONY NASH,** )
**JIMMY SHAW, VINNIE CASON,** )
**GRANT LEWIS,** and **CHARLESTON** )
**TAURVONTA HARRIS,** )
          )
      PLAINTIFFS, )
          )      CIVIL CAUSE NO.
     *vs.* )      4:25-CV-059-JMV
          )
**GREGORY CARR,** )
          )
      DEFENDANT. )
_____ )

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE**

Defendant, **GREGORY CARR**, makes this unopposed motion to extend the discovery deadline by thirty days. In support of this motion, Defendant states:

1. The parties previously sought to extend the discovery deadline, and to amend the scheduling order, to accommodate Defendant's health issues and intermittent medical treatments and hospitalizations. ECF 65. The Court granted the relief sought by the motion, and modified the scheduling order to, *inter alia*, extend the discovery deadline July 13, 2026. ECF 66.

2. Defendant's health issues and medical treatments have been ongoing. Consequently, the earliest date upon which the parties and their counsel were able to schedule Defendant's deposition was June 28, 2026.

3. Defendant wishes to depose the five Plaintiffs. However, as a result of pre-existing scheduling conflicts between May 28, 202 and July 13, 2025 (including a one-week family vacation which is scheduled to coincide with the Independence Day holiday),

STEPHEN A. BRANDON
ATTORNEY AT LAW
1300 U.S. HIGHWAY 51 NORTH
MADISON, MISSISSIPPI 39110
(601) 954-8599

and the difficulty of meeting with Defendant to prepare for the depositions, Defendant's counsel needs additional time to scheduling the depositions of Plaintiffs. Undersigned counsel anticipates that the depositions will be short and that they can be initiated and concluded within 1-2 days. For their parts, Plaintiffs are employed in various positions, including agricultural work, and their ability to be away from their jobs is likely to have an influence on the scheduling of their depositions. For these reasons, undersigned counsel and counsel for Plaintiffs urge that it will be most efficient and convenient for the parties to extend the discovery deadline from July 13, 2026 until August 13, 2026, with all discovery to be completed by August 13.

4. Defendant's counsel has conferred with opposing counsel. They do not oppose the relief sought by this motion, and they join in seeking same.

5. No other extensions to any other existing deadlines are presently sought.

6. Defendant's counsel affirmatively states that this extension is brought in good faith; is not unreasonable, in the circumstances; is not sought for the purposes of introducing undue delay into these proceedings; will not visit any prejudice or undue expense upon the parties; and will assist the parties in complying with Rule 1's mandate of securing a just and speedy determination herein.

RESPECTFULLY SUBMITTED ON THIS DATE: June 16, 2026.

/s/ Steve Brandon
Stephen A. Brandon (MB #8655)
**COUNSEL FOR GREGORY CARR**

STEPHEN A. BRANDON
ATTORNEY AT LAW
1300 U.S. HIGHWAY 51 NORTH
MADISON, MISSISSIPPI 39110
(601) 954-8599

**OF COUNSEL:**

Stephen A. Brandon
Attorney at Law
1300 U.S. Highway 51 North
Madison, Mississippi 39110
(601) 954-8599
Facsimile: (601) 853-2878

## CERTIFICATE OF SERVICE

I, STEPHEN A. BRANDON, hereby certify that I have this day served upon all counsel of record a copy of the foregoing document, consistent with the Federal Rules of Civil Procedure and ECF filing and service practices and procedures, to wit:

Robert B. McDuff, Esq.
767 North Congress Street
Jackson, Mississippi 39202
*rbm@mcdufflaw.com*

Marion Lourdes Delaney, Esq.
Texas RioGrande Legal Aid, Inc.
311 Plus Park Blv Ste #135
Nashville, Tennessee 37203
*mdelaney@trla.org*

Teresa Pulaski, Esq.
Southern Migrant Legal Services
604 Russell St. Ste Apt 104
Nashville, Tennessee 37206
*teresa.c.pulaski@gmail.com*

DONE ON THIS DATE: June 16, 2026.

/s/ Steve Brandon
Stephen A. Brandon