**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MICHAEL ANTHONY NASH, JIMMY SHAW,
VINNIE CASON, GRANT LEWIS, CHARLESTON
and TAURVONTA HARRIS**                                             **PLAINTIFFS**

**v.**                                                    **CIVIL ACTION NO. 4:25-cv-59-JMV**

**GREGORY CARR**                                                        **DEFENDANT**

**ORDER MODIFYING CASE MANAGEMENT ORDER**

This matter comes before the Court on Defendant Gregory Carr's unopposed motion to extend the discovery deadline.  [Doc. 70].

Having considered the motion, noting that it is unopposed, and being otherwise fully advised in the premises, the Court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Case Management Order is modified to extend the discovery deadline to September 11, 2026, and the dispositive and *Daubert* type motions deadline is extended to October 13, 2026. The final pretrial conference date and trial date will be reset by separate notice.

**SO ORDERED**, this the 18th day of June, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**