# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## <u>NOTICE</u>

**MICHAEL ANTHONY NASH,** *ET AL.*                    **PLAINTIFFS**

**VS.**                                    **CIVIL ACTION NO.: 4:25-cv-59-JMV**

**GREGORY CARR**                                    **DEFENDANT**

    **TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **FEDERAL BUILDING**<br>**305 MAIN STREET**<br>**GREENVILLE, MS** | **COURTROOM 2** |
| | **Date and Time** |
| | **MARCH 15-19, 2027**<br>**9:30 A.M.** |

**Type of Proceeding**

## MVD/JURY TRIAL
## SET BEFORE MAGISTRATE JUDGE JANE M. VIRDEN

**IF JURY LIST AND INFORMATION SHEETS FOR JURORS ARE DESIRED, PLEASE USE FORM ON OUR PUBLIC WEBSITE:**
**http://www.msnd.uscourts.gov/forms/jury-list-request**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

**DANIEL B. McHUGH, Clerk of Court**

/s/ *Itonia R. Williams*
Courtroom Deputy

**Date:**     June 18, 2026

If you have questions, please contact Itonia R. Williams at 662-335-9214 or via email at: Itonia_Williams@msnd.uscourts.gov.