**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**NOTICE**

| | |
|---|---|
| **MICHAEL ANTHONY NASH, *ET AL.*** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO.: 4:25-cv-59-JMV** |
| **GREGORY CARR** | **DEFENDANT** |

TAKE **NOTICE** that a proceeding in this case has been **RESET** for the date, time, and place set forth below:

| *Place* | *Room No.* |
|---|---|
| **U.S. FEDERAL BUILDING**<br>**305 MAIN STREET**<br>**GREENVILLE, MS  38701** | **364**<br><br>_____<br>*Date and Time*<br><br>**FEBRUARY 16, 2027**<br>**10:00 A.M.** |

*Type of Proceeding*

**FINAL PRETRIAL-SETTLEMENT CONFERENCE**
**BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN**

*Jointly Proposed Pretrial Order should be emailed to: Judge_Virden@msnd.uscourts.gov*
*NO LATER THAN FEBRUARY 4, 2027.*

**COUNSEL, PLAINTIFF(S), DEFENDANT(S), AND REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST APPEAR IN-PERSON AT THE CONFERENCE AND BE PREPARED TO CONDUCT A SETTLEMENT CONFERENCE AT THE CONCLUSION OF THE FINAL PRETRIAL CONFERENCE - UNLESS EXCUSED BY THE COURT.**

**PLEASE NOTE:    AN UNEXCUSED FAILURE TO ATTEND THE FINAL PRETRIAL AND SETTLEMENT CONFERENCES MAY RESULT IN A JUDGMENT OF DISMISSAL OR DEFAULT OR OTHER APPROPRIATE JUDGMENT ENTERED OR SANCTIONS IMPOSED.**

On most occasions, Judge Virden does not recess the conference for a lunch break. However, in the event anyone requires lunch, please simply let us know and that request will be accommodated with a break. Also, you are welcome to bring a snack such as protein bars or nuts, etc. The court is not allowed to provide any amenities. Feel free to bring water or thermos of coffee if you desire.

**DANIEL B. McHUGH, Clerk of Court**

By: ___/s/ *Itonia R. Williams*_____
Courtroom Deputy

If there are questions, please contact Itonia R. Williams at 662-335-9214