**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**GREENVILLE DIVISION**

| | |
|---|---|
| **MICHAEL ANTHONY NASH,** ) | |
| **JIMMY SHAW,** ) | |
| **VINNIE CASON,** ) | **Civil Action** |
| **GRANT LEWIS, and** ) | **No. 4:25-CV-059-DMB-JV** |
| **CHARLESTON TAURVONTA HARRIS,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **GREGORY CARR,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

**NOTICE OF SERVICE OF PLAINTIFFS' INTERROGATORIES AND REQUESTS**
**FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

Pursuant to L.U. Civ. R. 5(d)(3), notice is hereby given that the undersigned served the following discovery upon Defendant through Defendant's counsel of record: Plaintiffs' Second Set of Interrogatories on February 4, 2026; Plaintiffs' Second Set of Requests for Production on June 4, 2026; and Plaintiffs' Third Set of Interrogatories on August 10, 2026.

Respectfully submitted,

*/s/ Marion Delaney*
Marion Delaney, TN Bar No. 042643
*Admitted pro hac vice*
*/s/Teresa Pulaski*
Teresa Pulaski, TN Bar No. 041365
*Admitted pro hac vice*
Gregory Schell, FL Bar No. 287199
*Admitted pro hac vice*
SOUTHERN MIGRANT
LEGAL SERVICES
A Project of Texas RioGrande Legal Aid,Inc.
311 Plus Park Blvd., Ste. 135

Nashville, TN 37217
Telephone: 830-267-9320
mdelaney@trla.org
tpulaski@trla.org
gschell@trla.org

*/s/ Robert McDuff*
Robert McDuff, MS Bar No. 2532
Paloma Wu, MS Bar No. 105464
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Telephone: (601) 259-8484
Facsimile: (601) 352-4769
rbm@mscenterforjustice.org
pwu@mscenterforjustice.org

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 10th day of August, I have served this document upon Defendant's counsel of record, consistent with the Federal Rules of Civil Procedure and ECF filing and service practices and procedures, to wit:

Stephen A. Brandon
Attorney at Law
1300 U.S. Highway 51 North
Madison, Mississippi
39110
(601) 853-2878
steve@stevebrandonlaw.com


*/s/ Marion Delaney*
Marion Delaney