**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**NOTICE**

**MICHAEL ANTHONY NASH, ET AL.** **PLAINTIFFS**

**V.** **CIVIL ACTION NO. 4:25-cv-59-JMV**

**GREGORY CARR** **DEFENDANT**

**TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time, and place set forth below:

***Place***

U.S. FEDERAL BUILDING
305 Main Street
Greenville, MS 38701

***Room No.***

**TELEPHONIC**

*Date and Time*

**SEPTEMBER 9, 2026**
**11:00 A.M.**

***Type of Proceeding***

**TELEPHONIC STATUS CONFERENCE**
**BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN**

*****CALL-IN INFORMATION*****
**CALL-IN TELEPHONE NUMBER:** 662-305-1900
**CONFERENCE ID NUMBER: 944385601#**
*Participants press the # as indicated.*

**DANIEL B. MCHUGH, Clerk of Court**

By: */s/ Itonia R. Williams*
Courtroom Deputy Clerk

DATE: September 8, 2026

**IF YOU HAVE ANY QUESTIONS, CONTACT ITONIA WILLIAMS AT 662-335-9214.**
**OR VIA EMAIL AT Itonia_Williams@msnd.uscourts.gov.**