**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**CIVIL MINUTES**

**CASE NO.: 4:25-cv-59-JMV** **PLACE HELD – GREENVILLE, MS**
***Michael Anthony Nash, et al. v. Gregory Carr***

**DATE & TIME BEGAN/ENDED: September 9, 2026**
**11:00 a.m. – 11:20 a.m.**

**Total Time – 20 minutes**

---

**PRESENT: Honorable Jane M. Virden, U.S. Magistrate Judge**

**Attorneys for Plaintiffs**
Gregory Schell
Marion Delaney
Robert McDuff
Teresa Pulaski
Paloma Wu

**Attorney for Defendant**
Stephen Brandon

---

**PROCEEDINGS: Telephonic Status Conference**

---

**Docket Entry:** Telephonic status conference held. The discovery deadline shall be extended through September 18, 2026.

**DANIEL B. MCHUGH, CLERK**

**By:** s/ Itonia R. Williams
Courtroom Deputy