IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Michael Anthony Nash, et al PLAINTIFF(S)

V CAUSE NO. 4:25-cv-00059-JMV

Gregory Carr DEFENDANT(S)

TAKE NOTICE that a proceeding in this case has been SET as to the location, date and time below:

Location: Greenville Courthouse - Greenville, MS

Date: 11/2/2026

Room: Visiting Judges' Chambers

Time: 10:00 am

---

SETTLEMENT CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE DAVID A. SANDERS

---

Updated Confidential Settlement Memos due 7 days prior to the conference

---

DANIEL B. MCHUGH
Clerk of Court

by: /s/ Jennifer Frantz, Courtroom Deputy