STEPHEN A. BRANDON
ATTORNEY AT LAW
1300 U.S. HIGHWAY 51 NORTH
MADISON, MISSISSIPPI 39110
(601) 954-8599

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MICHAEL ANTHONY NASH, JIMMY SHAW, VINNIE CASON, GRANT LEWIS,** and **CHARLESTON TAURVONTA HARRIS,**

PLAINTIFFS,

*vs.*

**GREGORY CARR,**

DEFENDANT.

CIVIL CAUSE NO. 4:25-CV-059-DMB-JMV

**DEFENDANT'S RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES**

**<u>INTERROGATORY NO. 1:</u>** Identify each person known to you who has knowledge of the matters which are subject of this suit and who is not identified in your initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). **RESPONSE:** For the purposes of identification only, Defendant states that he is represented by Misty Wilson Borkowski, Attorney at Law, Hall Booth Smith, P.C., 200 River Market Avenue, Suite 500, Little Rock, Arkansas, 72201 in the matter of an investigation performed by the U.S. Department of Labor in relation to Defendant's employment of H-2A workers, and that she has knowledge of certain non-discoverable, privileged matters which may be the subject of this lawsuit.

**<u>INTERROGATORY NO. 2:</u>** Please identify each H-2A visa holder who has performed agricultural labor or services on the operations of Gregory Carr at any time from 2018 through 2025, inclusive. **RESPONSE:** All such individuals are identified upon

STEPHEN A. BRANDON
ATTORNEY AT LAW
1300 U.S. HIGHWAY 51 NORTH
MADISON, MISSISSIPPI 39110
(601) 954-8599

the face of the 1099 tax documents contemporaneously produced herewith via electronic access.

RESPECTFULLY SERVED ON THIS DATE: November 10, 2025.

/s/ Steve Brandon
Stephen A. Brandon (MB #8655)
**COUNSEL FOR GREGORY CARR**

Stephen A. Brandon
Attorney at Law
1300 U.S. Highway 51 North
Madison, Mississippi 39110
(601) 954-8599
Facsimile: (601) 853-2878

## CERTIFICATE OF SERVICE

I, STEPHEN A. BRANDON, hereby certify that I have this day served upon all counsel of record a copy of the foregoing document, via email only, to wit:

Robert B. McDuff, Esq.
767 North Congress Street
Jackson, Mississippi 39202
*rbm@mcdufflaw.com*

Marion Lourdes Delaney, Esq.
Texas RioGrande Legal Aid, Inc.
311 Plus Park Blv Ste #135
Nashville, Tennessee 37203
*mdelaney@trla.org*

Teresa Pulaski, Esq.
Southern Migrant Legal Services
604 Russell St. Ste Apt 104
Nashville, Tennessee 37206
*teresa.c.pulaski@gmail.com*

DONE ON THIS DATE: September 18, 2026.

/s/ Steve Brandon
Stephen A. Brandon