STEPHEN A. BRANDON
ATTORNEY AT LAW
1300 U.S. HIGHWAY 51 NORTH
MADISON, MISSISSIPPI 39110
(601) 954-8599

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MICHAEL ANTHONY NASH, JIMMY SHAW, VINNIE CASON, GRANT LEWIS,** and **CHARLESTON TAURVONTA HARRIS,**

PLAINTIFFS,

*vs.*

**GREGORY CARR,**

DEFENDANT.

CIVIL CAUSE NO. 4:25-CV-059-JMV

**NOTICE OF SERVICE OF DEFENDANT'S RESPONSES TO PLAINTIFFS' SECOND REQUESTS FOR PRODUCTION**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on this date, September 18, 2026, I served Defendant's responses to Plaintiff's second requests for production of documents upon Plaintiffs' counsel of record.

/s/ Steve Brandon
Stephen A. Brandon (MB #8655)
**COUNSEL FOR GREGORY CARR**

**OF COUNSEL:**

Stephen A. Brandon
Attorney at Law
1300 U.S. Highway 51 North
Madison, Mississippi 39110
(601) 954-8599
Facsimile: (601) 853-2878

STEPHEN A. BRANDON
ATTORNEY AT LAW
1300 U.S. HIGHWAY 51 NORTH
MADISON, MISSISSIPPI 39110
(601) 954-8599

**CERTIFICATE OF SERVICE**

I, STEPHEN A. BRANDON, hereby certify that I have this day served upon all counsel of record a copy of the foregoing document, consistent with the Federal Rules of Civil Procedure and ECF filing and service practices and procedures, to wit:

Robert B. McDuff, Esq.
767 North Congress Street
Jackson, Mississippi 39202
*rbm@mcdufflaw.com*

Marion Lourdes Delaney, Esq.
Texas RioGrande Legal Aid, Inc.
311 Plus Park Blv Ste #135
Nashville, Tennessee 37203
*mdelaney@trla.org*

Teresa Pulaski, Esq.
Southern Migrant Legal Services
604 Russell St. Ste Apt 104
Nashville, Tennessee 37206
*teresa.c.pulaski@gmail.com*

DONE ON THIS DATE: September 18, 2026.

/s/ Steve Brandon
Stephen A. Brandon