STEPHEN A. BRANDON
ATTORNEY AT LAW
1300 U.S. HIGHWAY 51 NORTH
MADISON, MISSISSIPPI 39110
(601) 954-8599

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MICHAEL ANTHONY NASH, JIMMY SHAW, VINNIE CASON, GRANT LEWIS,** and **CHARLESTON TAURVONTA HARRIS,**

PLAINTIFFS,

*vs.*

**GREGORY CARR,**

DEFENDANT.

CIVIL CAUSE NO. 4:25-CV-059-JMV

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE AND FOR OTHER APPROPRIATE AND GENERAL RELIEF**

Defendant Gregory Carr, by counsel, moves unopposed for an extension of the dispositive motion deadline and for such other relief as the Court deems appropriate. In support, Defendant states:

1. During a conference call with the Court on September 9, 2026, concerning a discovery matter, the posture of the case, and the parties' interest in Court-led mediation, counsel expressed the hope that mediation could be conducted before the dispositive motion deadline.

2. Mediation before the Court is set for November 2, 2026, in Greenville, Mississippi.

3. The current deadline for dispositive motions was October 13, 2026.

4. Because there are five Plaintiffs, the parties could file as many as thirty separate submissions (motions, responses, and replies) on dispositive issues. Counsel

STEPHEN A. BRANDON
ATTORNEY AT LAW
1300 U.S. HIGHWAY 51 NORTH
MADISON, MISSISSIPPI 39110
(601) 954-8599

for all parties have conferred and agree that the parties' limited resources are best conserved by deferring those filings until after mediation. If mediation resolves the case, the parties and the Court will be spared that expense and burden entirely.

5. Defendant is a sole-operator farmer of limited means, and Plaintiffs are represented by a public interest organization. The potential savings to both sides are significant, and the extension will give all parties a clear incentive to negotiate in good faith at mediation.

6. Defendant respectfully proposes that the deadline be extended to December 1, 2026, which will allow ample time to file dispositive motions should mediation not result in settlement. Counsel for Plaintiffs have advised that this date is agreeable to their clients.

7. This motion is made in good faith and not for purposes of delay or to impose any undue burden on the Court, the parties, or counsel. No party will be prejudiced by the relief requested.

8. Defendant further requests such other and different relief as the Court deems just and proper.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court extend the dispositive motion deadline to December 1, 2026, and grant such other relief as may be appropriate.

RESPECTFULLY SUBMITTED ON THIS DATE: October 14, 2026.

/s/ Steve Brandon
Stephen A. Brandon (MB #8655)
**COUNSEL FOR GREGORY CARR**

**OF COUNSEL:**

Stephen A. Brandon
Attorney at Law
1300 U.S. Highway 51 North
Madison, Mississippi 39110
(601) 954-8599
Facsimile: (601) 853-2878

## CERTIFICATE OF SERVICE

I, STEPHEN A. BRANDON, hereby certify that I have this day served upon all counsel of record a copy of the foregoing document, consistent with the Federal Rules of Civil Procedure and ECF filing and service practices and procedures, to wit:

Robert B. McDuff, Esq.
767 North Congress Street
Jackson, Mississippi 39202
*rbm@mcdufflaw.com*

Marion Lourdes Delaney, Esq.
Texas RioGrande Legal Aid, Inc.
311 Plus Park Blv Ste #135
Nashville, Tennessee 37203
*mdelaney@trla.org*

Teresa Pulaski, Esq.
Southern Migrant Legal Services
604 Russell St. Ste Apt 104
Nashville, Tennessee 37206
*teresa.c.pulaski@gmail.com*

DONE ON THIS DATE: October 14, 2026.

/s/ Steve Brandon
Stephen A. Brandon

STEPHEN A. BRANDON
ATTORNEY AT LAW
1300 U.S. HIGHWAY 51 NORTH
MADISON, MISSISSIPPI 39110
(601) 954-8599