**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MICHAEL ANTHONY NASH,**
**JIMMY SHAW,**
**VINNIE CASON,**
**GRANT LEWIS and**
**CHARLESTON TAURVONTA HARRIS,**

**Plaintiffs,**

**v.**

**GREGORY CARR,**

**Defendant.**

**Civil Action No: 4:25-CV-059-JMV**

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DISPOSITIVE MOTIONS DEADLINE**

This matter comes before the Court on the Defendant's Unopposed Motion to Extend the Dispositive Motions Deadline [Doc. 85]. Having considered the motion and being otherwise fully advised in the premises, the Court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the dispositive motions deadline is extended to December 1, 2026. The final pretrial conference date will remain the same, but the trial date will be reset by separate notice.

**SO ORDERED**, this the 16th day of October, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**