**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**NOTICE**

**MICHAEL ANTHONY NASH, *ET AL.*** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO.: 4:25-cv-59-JMV**

**GREGORY CARR** **DEFENDANT**

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **FEDERAL BUILDING**<br>**305 MAIN STREET**<br>**GREENVILLE, MS** | **COURTROOM 2** |
| | **Date and Time** |
| | **APRIL 12-16, 2027**<br>**9:30 A.M.** |

**Type of Proceeding**

**MVD/JURY TRIAL**
**SET BEFORE MAGISTRATE JUDGE JANE M. VIRDEN**

**IF JURY LIST AND INFORMATION SHEETS FOR JURORS ARE DESIRED, PLEASE USE FORM ON OUR PUBLIC WEBSITE:**
**http://www.msnd.uscourts.gov/forms/jury-list-request**

***ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

**DANIEL B. McHUGH, Clerk of Court**

/s/ *Itonia R. Williams*
Courtroom Deputy

**Date:** October 16, 2026

If you have questions, please contact Itonia R. Williams at 662-335-9214 or via email at: Itonia_Williams@msnd.uscourts.gov.