IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISION

Civil Minutes

Settlement Conference

Case No: 4-25-cv-00059-JMV

Location Held: Greenville Visiting Judges' Ch

Style: Michael Anthony Nash, et al v Gregory Carr

---

Date and Time Started: 11/2/2026 10:00 am

Date and Time Ended: 11/2/2026 6:00 pm

Total Time: 8 hours

---

PRESENT: David A. Sanders United States Magistrate Judge

---

ATTORNEY(S) PARTICIPATING FOR PLAINTIFF(S):

Marion Delaney
Robert McDuff

ATTORNEY(S) PARTICIPATING FOR DEFENDANT(S):

Stephen Brandon

---

Docket Entry: Parties reached a settlement agreement.

---

DANIEL B. MCHUGH, CLERK

By: /s/ Jennifer Frantz

Courtroom Deputy