**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICE OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MICHAEL ANTHONY NASH,**
**JIMMY SHAW, VINNIE CASON,**
**GRANT LEWIS, and CHARLESTON**
**TAURVONTA HARRIS** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO.: 4:25-cv-59-JMV**

**GREGORY CARR** **DEFENDANT**

**ORDER DISMISSING ACTION BY REASON OF SETTLEMENT**

A settlement conference was held on November 2, 2026. The case was settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS FURTHER ORDERED** that this action be dismissed without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary. Upon completion of the settlement arrangement, parties should submit a proposed agreed order dismissing this case with prejudice.

This the 16th day of November 2026.

/s/ Jane M. Virden
UNITED STATES MAGISTRAGE JUDGE